

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: JESSIE GOMEZ, | § | No. 08-21-00035-CR |
|  | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |
|  | § |  |

**J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Patricia Baca, Judge of the 346th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 11TH DAY OF JUNE, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.